Benjamin Schwartz, appellee, v. Elias Fischheimer, appellant. Gen. No. 25,384.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Rooney, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Harry Bierma, for appellant. Seymour Cohen, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

George W. Warhurst, appellee, v. J. F. Rowley Company, appellant. Gen. No. 25,405.

Action to recover damages for breach of contract of employment by discharge. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph A. Sabath, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Earl J. Walker, for appellant. Charles L. Swanson and Joseph D. Irose, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Max Boldt, appellee, v. William Bachrach, appellant. Gen. No. 25,446.

Action to recover damages for personal injuries resulting from collision between automobiles. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920. Rehearing denied November 16, 1920.

Gallagher, Kohlsaat & Rinaker, for appellant. H. E. Wynekoop, for appellee; Charles C. Spence, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Moses Richardson, appellee, v. India Tea Company, appellant. Gen. No. 25,473.

Action for injuries to street cleaner struck by auto-truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Joseph R. W. Cooper, for appellant. Zach Hofheimer, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

South Slavonic Catholic Union et al., defendants in error, v. Robert E. L. Brooks, administrator de bonis non of estate of Frank Medosh, deceased, plaintiff in error. Gen. No. 24,996.

Bill to restrain the prosecution of two suits. Decree for complainants. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1919. Affirmed in part, reversed in part and remanded with directions. Opinion filed November 4, 1920.

Frank Foster, for plaintiff in error. Cannon & Poage, for defendants in error.

Mr. Justice O'Connor delivered the opinion of the court.